[No. 23214-0-III.   Division Three.   February 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO PINTO, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-01062-9, John M. Antosz, J., entered July 19, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 23732-0-III.   Division Three.   February 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CALEB GEORGE NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01336-5, Gregory D. Sypolt, J., entered December 3, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 23733-8-III.   Division Three.   February 23, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. HUGO BARRERA BUSTAMANTE, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 94-1-00839-6, Robert N. Hackett, Jr., J., entered December 9, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 23797-4-III.   Division Three.   February 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER M. FOSTER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02623-8, Salvatore F. Cozza, J., entered February 4, 2005. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.